IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.                                           CRIMINAL ACTION NO.   3:19-00033

GEORGE EARL GORDON, JR.

### MEMORANDUM OPINION AND ORDER

Pending before the Court is George Earl Gordon Jr.'s renewed *pro se* Motion for Compassionate Release (ECF No. 70). As in his previous motion (ECF No. 63), Gordon argues that there has been an outbreak of COVID-19 at Fort Dix FCI, and that this outbreak justifies his release because he is at risk of serious complications if he contracts the virus.

However, as the Court previously held, it is unlikely that Gordon will be infected with COVID-19 because he previously tested positive for COVID-19 and was asymptomatic. In addition, Gordon's risk of reinfection has been further decreased by the BOP's recent vaccination effort. According to the BOP website, 1,480 of 2,822 inmates at Fort Dix FCI have been vaccinated. COVID-19 Vaccine Implementation, Federal Bureau of Prisons, https://www.bop.gov/coronavirus/ (last visited May 11, 2021). For these reasons, the Court **DENIES** the Motion for Compassionate Release.

The Court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

    ENTER:    May 11, 2021

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE